IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AUGUSTUS EVANS JR., | § | |
| | § | |
| Defendant Below, | § | No. 472, 2022 |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 0609011528A |
| | § | |
| Appellee. | § | |
| | § | |

## ORDER

This 17th day of March 2023, it appears to the Court that, on January 5, 2023, the Court denied the appellant's motion to proceed *in forma pauperis*. The appellant, who was previously enjoined from challenging his criminal convictions in this Court without first paying the required filing fee or obtaining leave of the Court,[1] was ordered to pay the required filing fee by January 20, 2023. The Court later granted the appellant's request for an extension of time to pay the filing fee and ordered him to pay the filing fee no later than February 21, 2023. On February 22, 2023, the Court granted appellant's request for an extension of time to pay the filing fee and ordered him to pay the filing fee no later than March 15, 2023. The appellant has failed to pay the filing fee as ordered; therefore, dismissal of this action is deemed to be unopposed.

---

[1] *Evans v. State*, 2015 WL 7758307, at *2 (Del. Dec. 1, 2015).

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the within appeal is DISMISSED.  The appellant's "imminent danger motion," motion to disqualify Chief Justice Seitz, and motion for an evidentiary hearing, are DENIED as MOOT.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice